IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SCEPTER, INC., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No: 3:09-cv-0192 |
| | ) | Judge Wiseman |
| ALCAN ROLLED PRODUCTS – | ) | Magistrate Judge Knowles |
| RAVENSWOOD, LLC, | ) | |
| | ) | JURY DEMAND |
| **Defendant.** | ) | |

## AGREED ORDER OF DISMISSAL

This matter came to be considered on the Joint Motion of Plaintiff and Defendant for

Dismissal, and the Court having considered the motion is of the opinion it should be granted, it is

therefore

**ORDERED** that all claims and counterclaims are dismissed with prejudice; it is further

**ORDERED** that Defendant and Travelers Casualty and Surety Company of America,

Alcan's surety, are released of their obligations under the "Release of Attachment Bond," Bond

No. 105229601 provided pursuant to the Agreed Order for Replevy of Attached Property

(Docket #48), and Plaintiff and Garney B. Scott, III, as surety, are released of their obligations

under the Attachment Bond filed on February 17, 2009 pursuant to the Order of the Chancery

Court of Humphreys County, Tennessee, in civil action number 2009-CV-35; it is further

**ORDERED** that each party will bear its own costs and fees.

Signed this 4th day of February 2010.

_____
UNITED STATES DISTRICT JUDGE